GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LISABETH SHINER
California Bar No. 151792
Special Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:  (213) 894-7177
    E-mail: Lisabeth.Shiner@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>)<br>          v. )<br>)<br>$237,760.00 IN U.S. )<br>CURRENCY, )<br>)<br>          Defendant. )<br>_____ )<br>)<br>MARIA CASTELLON, )<br>)<br>          Claimant. )<br>_____ ) | NO.  CV 08-2134 CAS (FMOx)<br><br>[PROPOSED]<br><br>**CONSENT JUDGMENT OF**<br>**FORFEITURE** |

        Plaintiff United States of America filed this action against

the defendant $237,760.00 in U.S. currency ("defendant currency")

on March 31, 2008.  Notice was given and published in accordance

with law.  Maria Castellon filed a claim in this action on May 5, 2008 and an answer on May 21, 2008.  No other parties have appeared in this action, and the time for filing claims and answers has expired.  Plaintiff and claimant Maria Castellon ("claimant") have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

   **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.  This Court has jurisdiction over the parties and the subject matter of this action.

2.  Notice of this action has been given in accordance with law.  The Court deems that all other potential claimants to the defendant currency admit the allegations of the Complaint to be true.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.  The United States of America shall have judgment as to $81,940.00 of the defendant currency, plus interest earned by the government on that amount, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.  $155,820.00 of the defendant currency, plus interest earned by the government on that amount, shall be paid to claimant, to be returned in care of her attorney, Paul L. Gabbert.  Said funds shall be forwarded by a check or wire transfer made payable to "Paul L. Gabbert

Client Trust Account, Maria Castellon" and shall be mailed (if payable by check) to Paul L. Gabbert, 2115 Main Street, Santa Monica, CA 90405.

5.   Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED:  November 12, 2009

_Christine A. Snyder_
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

Dated: November 10, 2009    GEORGE S. CARDONA
                            Acting United States Attorney
                            CHRISTINE C. EWELL
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section


                            _____/S/_____
                            LISABETH SHINER
                            Special Assistant United States Attorney
                            Asset Forfeiture Section

                            Attorneys for Plaintiff
                            United States of America

Dated: November 10, 2009


                            _____/S/_____
                            PAUL L. GABBERT

                            Attorney for Claimant
                            MARIA CASTELLON